■

## STATE

v.

### Anthony R. MAZZIO.

### No. 80-414-M.P.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Spec. Asst. Atty. Gen., for plaintiff-respondent.

Dale G. Anderson, Asst. Public Defender, for defendant-petitioner.

## ORDER

Action on the petition for writ of habeas corpus is hereby deferred. The District Court is directed to hold a probable cause hearing in this case forthwith in accordance with the provisions of Rule 5(c) of the District Court Rules of Criminal Procedure and said proceedings shall be electronically or stenographically recorded.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

## STATE

v.

### James MURPHY and Ronald Barton.

### No. 79-429-C.A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Peter DiBiase, Providence, Vincent Savarese III, Boston, Mass., for defendants.

## ORDER

The motions of defendant James Murphy as supplemented wherein he seeks a hearing on the issue of bail are denied as moot. Defendant Murphy's motion for amended appeal and his motion to proceed pro se are denied. The motions of both defendants for dismissal of their indictments on the basis of this court's ruling in State v. O'Coin, R.I., 417 A.2d 310 (1980), are assigned to the calendar for October 6, 1980, for argument with the merits of defendants' appeals.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

## STATE

v.

### James MURPHY and Ronald Barton.

### No. 79-429-C.A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Peter DiBiase, Providence, Vincent Savarese III, Boston, Mass., for defendants.

## ORDER

The state's motion to change the assignment date for oral argument is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.